THE STATE OF OHIO, APPELLEE, *v.* PIERCE, APPELLANT.

[Cite as *State v. Pierce* (1996), 74 Ohio St.3d 453.]

(No. 95–1830—Submitted October 24, 1995—Decided February 7, 1996.)

*Charles Coulson,* Lake County Prosecuting Attorney, and *Ariana E. Tarighati,* Assistant Prosecuting Attorney, for appellee.

*Sherman Pierce, pro se.*

*Per Curiam.* The judgment of the court of appeals is affirmed for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.